IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE PLAN, et al.,

    Plaintiffs,

v.

CHARLOTTE RODRIGUES,

    Defendant.

NO. C09-1431 TEH

ORDER REQUIRING SUPPLEMENTAL BRIEFING ON MOTION FOR DEFAULT JUDGMENT

This matter comes before the Court on Plaintiffs' motion for default judgment, which is scheduled to be heard on April 5, 2010. The Court has reviewed the moving papers; no opposition has been received. On or before **March 29, 2010,** Plaintiffs shall supplement their moving papers with the following:

    1. Counsel's billing records, which were listed as Exhibit A to the Declaration of Sonya M. Gordon but never filed; and

    2. An explanation of how the claimed interest was calculated.

The April 5 hearing date shall remain as scheduled.

**IT IS SO ORDERED.**

Dated: 03/22/10

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT